UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FOUNDERS INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:24-cv-00056-GLS-AZ |
| H R & L INC. d/b/a HOLLEY'S, THOMAS MITCHELL, MARCIA MITCHELL, and LESA MCCLAIN, | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

NOW COMES, Plaintiff, FOUNDERS INSURANCE COMPANY, by counsel, HINSHAW & CULBERTSON LLP, and Defendants, H R & L Inc., d/b/a HOLLEY'S, THOMAS MITCHELL, and MARCIA MITCHELL, by counsel, WITHERED BURNS LLP, and show the Court by this Stipulation for Dismissal that the claims between the Parties have been amicably resolved. The Parties stipulate and agree and now move the Court to dismiss this matter with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ *Michael D. Dean*
Michael D. Dean (28527-49)
WITHERED BURNS LLP
427 Main Street, Suite 200
P. O. Box 499
Lafayette, IN 47902
mdean@witheredlaw.com

/s/ *Jennifer Kalas*
Jennifer Kalas (17396-64)
HINSHAW & CULBERTSON LLP
322 Indianapolis Blvd, Suite 201
Schererville, IN 46375
(219)864-5051
jkalas@hinshawlaw.com

16029\322890577.v1